The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DALE BASS,<br><br>    Plaintiff,<br><br>Vs.<br><br>MATHESON POSTAL SERVICES, INC., a California Corporation,<br><br>    Defendant. | NO. C08-5641 RBL<br><br>**STIPULATION AND ORDER APPROVING EXTENSION OF EXPERT DISCLOSURE/REPORTS UNDER FRCP 26 (a)**<br><br>(Clerk's Action Required) |

  The parties hereto, through their undersigned attorneys, stipulate and agree that the parties wish to explore early resolution of this matter prior to incurring the costs of expert witnesses. If resolution is not possible, the parties agree that a 60 day extension of Expert Disclosure/Reports Under FRCP 26(a) can be accommodated without additional modification of the Court's January 23, 2009 Minute Order.

  Dated this 10th day of July, 2009.


FRANK FREED SUBIT & THOMAS LLP    DAVIS WRIGHT TREMAIN LLP


                              */s/* Beth Barrett Bloom for
By: */s/* Beth Barrett Bloom_____  By: Holly Hearn per email authorization
  Beth Barrett Bloom, WSBA #31702    Holly Hearn, WSBA #26795
  Attorneys for Plaintiffs           Attorneys for Defendant

STIPULATION AND ORDER APPROVING
EXTENSION OF EXPERT DISCLOSURE/REPORTS - 1

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

## **ORDER**

This matter comes before the Court on the stipulation of the parties. Good cause having been shown, IT IS HEREBY ORDERED that the due date for Expert Disclosure/Reports Under FRCP 26(a) is now September 13, 2009.

DATED this 13th day of July 2009.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

FRANK FREED SUBIT & THOMAS LLP

By: */s/* Beth Barrett Bloom
    Beth Barrett Bloom, WSBA #31702
    Attorneys for Plaintiff

Approved for entry; Copy Received; Notice of Presentation Waived:

DAVIS WRIGHT TREMAIN LLP

   */s/* Beth Barrett Bloom for
By: Holly Hearn per email authorization
    Holly Hearn, WSBA #26795
    Attorneys for Defendant

STIPULATION AND ORDER APPROVING
EXTENSION OF EXPERT DISCLOSURE/REPORTS - 2

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711